IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREW ROSENKRANTZ, SUSAN BISHOP, CHRISTOPHER BISHOP, ERYN MCCARTHY, KELLY GILLILAN-GIBSON, GARTH SPENDIFF, STEVE MARIANI, and MICHAEL BLOOD<br><br>individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ARIZONA BOARD OF REGENTS,<br><br>      Defendant. | Civil Action No. 2:20-cv-00613-JJT<br><br>**AFFIDAVIT OF JASON SULTZER IN SUPPORT OF MOTION FOR TRANSFER, CONSOLIDATION, APPOINTMENT OF INTERIM CLASS COUNSEL, AND SETTING DEADLINE FOR FILING A CONSOLIDATED COMPLAINT; SUPPORTING MEMORANDUM OF LAW** |
| CHLOE DIAZ on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ARIZONA BOARD OF REGENTS,<br><br>      Defendant. | Civil Action No. 2:20-cv-01126-DMF |
| BROCK DOEMEL, on behalf of himself and other individuals similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ARIZONA BOARD OF REGENTS,<br><br>      Defendant. | Civil Action No. 2:20-cv-01203-JJT |

I, Jason Sultzer, declare as follows:

1.  I am an *attorney* admitted since 1997 to practice in New York, and I am counsel of record for Chloe Diaz, Plaintiff in *Diaz v. Arizona Board of Regents, Dist. Ariz.* Case No. 2:20-cv-01126-DMF ("*Diaz*").

2.  I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

3.  On June 26, 2020, Plaintiff's counsel in this action filed a motion to: (a) transfer *Diaz* and all later-filed similar actions to Judge John J. Tuchi; (b) consolidate *Rosenkrantz v. Arizona Board of Regents*, Dist. Ariz. Case No. 2:20-cv-00613-JJT ("*Rosenkrantz*"), *Doemel v. Board of Regents, Dist. Ariz. Case No.* 2:20-cv-01203-JJT ("*Doemel*"), and *Diaz* and all later-filed similar actions; (c) appoint Adam J. Levitt, of DiCello Levitt Gutzler LLC and Matthew S. Miller, of Matthew S. Miller LLC, as Interim Class Counsel for the "Fee Track"; (d) appoint Edward W. Ciolko of Carlson Lynch LLP, as Interim Class Counsel for the "Tuition Track"; (e) appoint Robert Ryan, of Law Offices of Robert D. Ryan P.L.C., as Liaison Counsel; and (f) setting a deadline for filing of a consolidated complaint on or before thirty (30) days after entry of an order.  (ECF 23).

4.  I have met and conferred with Plaintiffs' counsel in the *Rosenkrantz* and *Doemel* actions and support transfer of the *Diaz* case before Judge John J. Tuchi and consolidation of the *Rosenkrantz*, *Doemel*, and *Diaz* Actions, as well as all later-filed similar actions.  Plaintiffs' counsel in each of the actions agree that it is in the best interests of Plaintiffs and the Class that The Sultzer Law Group, P.C. ("Sultzer Law") be appointed Interim Co-Lead counsel for the "Tuition Track" along with Edward W. Ciolko of Carlson Lynch LLP.  An Amended Proposed Order is annexed hereto as Exhibit 1.

5. I am the founding partner of Sultzer Law. Before I founded the firm, I served as co-chairman of the Class Action Practice Group of one of the largest law firms in the country. Sultzer Law focuses on complex civil litigation, including class actions. Since the firm's founding in 2013, we have acted as lead counsel in numerous high-profile class actions. For instance, we recently acted as lead counsel in the prosecution of the following representative class actions:

- *In re: Hyundai and Kia Engine Litigation*, Case No, 8:17-cv-00838-JLS-JDE (C.D.C.A.)
- *Schmitt, et al. v. Younique, LLC*, Case No.17-cv-01397-JVS-JDE (C.D.C.A.)
- *Khavarian, et al. v. Jerome's Furniture Warehouse*, No. 37-2018-00065353-CU-BT-CTL (Sup. Ct. San Diego Cty.)
- *Luib, Tony, et al., v. Henkel Consumer Goods Inc.*, Case No. 17-cv-03021 (E.D.N.Y.)
- *Mayhew, Tanya, et al., v. KAS Direct, LLC and S.C. Johnson & Son, Inc.*, Case No. 16- cv-6981 (S.D.N.Y.)
- *Vincent, Wesley, et al. v People Against Dirty, PBC. and Method Products, PBC.*, Case No. 7:16-cv-06936 (S.D.N.Y.)
- *Baumgarten v. Cleanwell, LLC, Case No.* 1:16-cv-01780 (E.D.N.Y.)
- *Nicotra, Jennifer et al. v. Babo Botanicals, LLC*, Case No. 16-cv-00296 (E.D.N.Y.)
- *Run Them Sweet, LLC v. CPA Global, Ltd., et al*, Case No. 1:16-cv-1347 (E.D. VA.)
- *Mizrahi v. National Board of Examiners in Optometry, Inc.*, and *Brenda Liang, et al., v. National Board of Examiners in Optometry, Inc.*, Case No. 16-cv-03146-JKB (D. Md.)
- *Bokelman and Thapa v. FCH Enterprises, Inc.*, No. 18-00209 RJB-RLP (D. Haw.)
- *Griffin, Anthony, et al., v. Aldi, Inc., Doe Defendants 1-100*, Case No. 16-cv-00354 (N.D.N.Y.)
- *Davenport, Sumner, et al. v. Discover Financial Services, et al.*, Case No. 15-cv-06052 (N.D. Ill)
- *Foster, Andrew Tyler et al. v. L-3 Communications EOTECH, Inc., et al.*, Case No. 15- cv-03519 (W.D. Mo.)
- *Rapoport-Hecht, Tziva et al. v. Seventh Generation, Inc.*, Case No. 14-cv-9087 (S.D.N.Y.)

6. Sultzer Law is headquartered in New York. The firm is included in Martindale-Hubbell's Bar Register of Preeminent Lawyers for its class action practice. Jason Sultzer and

Joseph Lipari are AV rated by Martindale-Hubbell and have been selected as Super Lawyers. The firm's class action practice has been featured in numerous publications, including *LAW360*, Reuters, CNBC, and NY Post. And, the attorneys within the firm have written and lectured extensively on class action practice. Attached hereto as Exhibit 2 is a true and correct copy of the firm resume.

      7. In addition to its experience in class actions, Sultzer Law made significant efforts to identify and investigate the claims in this case.  Sultzer Law's work in identifying and investigating the claims in this case demonstrates it has and will continue to fairly and adequately represent the proposed Classes. For example, Sultzer Law has performed the following investigative and other work thus far: Investigated the facts of the *Diaz* complaint including Arizona State University's campus shutdowns, the fees and tuition paid by ASU students, and ASU's response to COVID-19, including whether limited refunds were offered; Investigated the response to the COVID-19 pandemic at other universities, including, Auburn University, University of Southern Florida, Georgetown University, American University, Louisiana State University, Academy of Arts University, Oklahoma University, Oakland University, and Kansas State University, and myriad individual public and private educational institutions across the United States;  investigated the appropriate remedies for Plainitff and other class members; investigated the adequacy of the named plaintiff; Drafted and filed the complaint; and began the process of preparing written discovery. These investigative efforts represent a high standard of professionalism, dedication, and thoroughness, which have been marshaled to identify, develop, and demonstrate the claims alleged in the currently operative *Diaz* complaint. These measures are precisely the type of work that the Advisory

Committee Notes to Rule 23 state that the Court should consider in appointing interim class counsel.

8. I am well positioned to serve as interim co-lead counsel of the "Tuition Track" in view of my decades of experience successfully litigating class actions as plaintiff's counsel and as defense counsel and Sultzer's Laws efforts to develop the case thus far.

9. If I am appointed interim co-lead counsel for the "Tuition Track" I will work efficiently with the other firms representing plaintiffs in these matters to ensure there is no duplication of effort.

10. For the reasons stated above, I submit that appointment of Sultzer Law as co-lead counsel for the "Tuition Track" would be in the best interests of the plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July 2020 at Poughkeepsie, New York.

/s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
The Sultzer Law Group, P.C.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Facsimile: (888) 749-7747